JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendant County of Napa and Napa County Department of Corrections

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CHEBL,<br>            Plaintiff,<br>vs.<br>MICHAEL MOORE, FRANK ESSER, ERIC KOFORD, NAPA CITY POLICE DEPARTMENT, CITY OF NAPA, NAPA COUNTY DEPARTMENT OF CORRECTIONS, NAPA COUNTY and DOES 1-100,<br>            Defendants. | NO. 4:09-CV-3834 PJH<br><br>**STIPULATION FOR CONTINUED CASE MANAGEMENT CONFERENCE HEARING** |

On November 4, 2009, the court granted Motions to Dismiss filed on behalf of defendants in this action and, with regard to specific causes of action, allowed plaintiff 30 days' leave to amend his complaint and defendants 20 days thereafter to file responsive pleadings. The Initial Case Management Conference in this matter is presently scheduled to occur on December 3, 2009, at 1:30 p.m. Inasmuch as plaintiff has not yet submitted his Amended Complaint, the parties believe that it is in the best interests of all parties and a better use of the Court's time to postpone the existing Case Management Conference to a date after a viable complaint has been filed.

It is, therefore, stipulated by and between all the parties to this action by and through their respective attorneys of record, that the Case Management Conference scheduled for December 3, 2009 be rescheduled to January 14, 2010, at 1:30 p.m. and that other deadlines contained within the court's Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

Dated: November 12, 2009  LAW OFFICES OF MATTHEW C. BISHOP

By: /s/
MATTHEW C. BISHOP
Attorneys for Plaintiff

Dated: November 12, 2009  NAPA CITY ATTORNEY'S OFFICE

By: /s/
DAVID C. JONES
Attorneys for Michael Moore, Frank Esser, Eric Koford, Napa Police Department and City of Napa

Dated: November 12, 2009  JONES & DYER

By: /s/
MARK A. JONES
Attorneys for Defendants County of Napa and Napa County Department of Corrections

**ORDER**

The Court, having considered the foregoing stipulation of the parties, and good cause appearing, hereby orders that the Case Management Conference shall be rescheduled to January 14, 2010, at ~~1:30~~ 2:00 p.m. and that other deadlines contained within the court's Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

Dated: 11/17/09

HON. PHYLLIS H. HAMILTON
United States District Judge

*IT IS SO ORDERED* [signature] Judge Phyllis J. Hamilton

STIPULATION FOR CONTINUED CASE MANAGEMENT CONFERENCE HEARING
CASE NO. 3:09-CV-3834 PJH

H:\MAJ.cases\Chebl v. Napa\Pleadings\Stipulation to Continue CMC.wpd