UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM CHEBL,

    Plaintiff(s),

  v.

MICHAEL MOORE, et al.,

    Defendant(s).

_____/

No. C 09-3834 PJH

**ORDER TO SHOW CAUSE**

Plaintiff in the above-entitled matter having failed to appear at the case management conference on January 14, 2010, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The hearing on the order to show cause will be held on February 3, 2010, at 9:00 a.m., the same time as the hearing on defendants' motion to dismiss. If plaintiff fails to appear, the case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 14, 2010

                                          PHYLLIS J. HAMILTON
                                          United States District Judge