```
1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95811
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, State Bar #96494
5  KRISTEN K. PRESTON, State Bar #125455

6  Attorneys for: Defendants County of Napa and Napa County Department of Corrections
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CHEBL,<br>　　　　　　Plaintiff,<br>vs.<br>MICHAEL MOORE, FRANK ESSER, ERIC KOFORD, NAPA CITY POLICE DEPARTMENT, CITY OF NAPA, NAPA COUNTY DEPARTMENT OF CORRECTIONS, NAPA COUNTY and DOES 1-100,<br>　　　　　　Defendants. | NO. 4:09-CV-3834 PJH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**Courtroom 3. 3rd Floor**<br>**Hon. Phyllis J. Hamilton** |

　　　　Plaintiff Adam Chebl and defendants Michael Moore, Frank Esser, Eric Koford, Napa City Police Department, City of Napa, Napa County Department of Corrections and Napa County by and through their undersigned counsel, hereby stipulate that any and all claims for relief and causes of action brought against defendants in the above-entitled case are dismissed with prejudice, with each party to bear its own attorneys fees and costs.

Dated:　　　February 1, 2010


　　　　　　　　　　　　　　　　　　　　By:　/s/ Matthew C. Bishop
　　　　　　　　　　　　　　　　　　　　　　MATTHEW C. BISHOP
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Adam Chebl

**STIPULATION AND ORDER FOR DISMISSAL**
**CASE NO. 3:09-CV-3834 PJH**

1
2  Dated: February 1, 2010                      CITY OF NAPA
3
4                                                By:     /s/ David C. Jones
                                                         DAVID C. JONES
5                                                        Attorney for Defendants Michael Moore,
                                                         Frank Esser, Eric Koford, Napa City
6                                                        Police Department and City of Napa
7
   Dated: February 1, 2010
8                                                JONES & DYER
9
10                                               By:     /s/ Mark A. Jones
                                                         MARK A. JONES
11                                                       Defendants Napa County Department of
                                                         Corrections and Napa County
12
13

14                                          **O R D E R**

15       Pursuant to the Stipulation of the parties, by and through their counsel, it is hereby ordered

16  that all claims for relief and causes of action brought against defendants Michael Moore, Frank

17  Esser, Eric Koford, Napa City Police Department, City of Napa, Napa County Department of

18  Corrections and Napa County in the above-entitled case are dismissed with prejudice, with each

19  party to bear its own attorneys fees and costs.

20  Dated: 2/2/10

21
22                                               By: _____
                                                         [Judge Phyllis J. Hamilton]
23                                                       United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*